**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 5:89CR197 |
| | ) | |
| Plaintiff | ) | Judge David D. Dowd, Jr. |
| | ) | |
| - vs - | ) | |
| | ) | **O R D E R** |
| Michael Davis, | ) | |
| | ) | |
| Defendant | ) | |

A violation Report was filed in this case on September 6, 2006, and the Court referred this matter to Magistrate Judge James S. Gallas to conduct appropriate proceedings and to file a Report and Recommendation. An Amended Report and Recommendation was filed on November 21, 2006.

The defendant and his counsel, George Keith appeared before this Court on December 8, 2006. The Court finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report and the Court adopts the Amended Report and Recommendation of Magistrate Judge James S. Gallas.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of seven (7) days. The defendant is to self-surrender to the U.S. Marshal in Akron by 12:00 noon on Monday, December 11, 2006.

IT IS FURTHER ORDERED that upon completion of the period of imprisonment the period of supervised release will terminate.

| | |
|---|---|
| December 11, 2006 | *s/David D. Dowd, Jr.* |
| Date | DAVID D. DOWD, JR. |
| | U. S. DISTRICT JUDGE |